UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

ANNA M. ALLEN,  )
                                          ) CV 3:12-CV-02216-BR
                    Plaintiff,  )
                                          )
v.                              ) ORDER DISMISSING PLAINTIFF'S
                                          ) APPEAL OF THE COMMISSIONER'S
COMMISSIONER OF SOCIAL SECURITY ) DECISION
                                          )
                    Defendant.  )
_____ )

Comes now this Court, having reviewed Plaintiff's attorney's Affidavit and Motion to Dismiss Plaintiff's Appeal of the Commissioner's Decision, finds that Plaintiff's motion is well taken. This case is hereby dismissed.

Dated the 10th day of September 2013.

IT IS SO ORDERED.

*[signature]*
District Court Judge